# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**REBECCA LINDSEY MIGGINS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-3083

[December 13, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Dan L. Vaughn, Judge; L.T. Case No. 2017CF002291 A.

Robert Sirianni, Jr. of Brownstone, P.A., Winter Park, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***